UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON DOYLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HALEY TAYLOR, PEGGY GRAY, and ROBERT GRAY,<br><br>　　　　Defendants. | NO.  CV-09-345-RHW<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS** |

Before the Court is the parties' Stipulation for Order Dismissing All Claims Without Prejudice (Ct. Rec. 6). This motion was heard on an expedited basis without oral argument. The parties jointly move to dismiss the above-captioned matter in its entirety.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Order Dismissing All Claims Without Prejudice (Ct. Rec. 6) is **GRANTED.**

2. The above-captioned matter is **dismissed without prejudice**, and without an award of attorney's fees or costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file.**

**DATED** this 19th day of February, 2010.

　　　　　　　　　　　　　*s/Robert H. Whaley*
　　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　　United States District Judge

Q:\CIVIL\2009\Doyle\dismiss2.ord.wpd

**ORDER GRANTING STIPULATED MOTION TO DISMISS** \* 1