UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON DOYLE,<br><br>    Plaintiff,<br><br>    v.<br><br>HALEY TAYLOR, PEGGY GRAY, and ROBERT GRAY,<br><br>    Defendants. | NO. CV-09-345-RHW<br><br>**ORDER OF REMAND TO GRANT COUNTY SUPERIOR COURT** |

Before the Court is the parties' stipulated Motion for Entry of Order of Remand to Grant County Superior Court (Ct. Rec. 9). This motion was heard on an expedited basis without oral argument. The Court previously dismissed this action, and the parties now seek a formal order of remand to Grant County Superior Court.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' stipulated Motion for Entry of Order of Remand to Grant County Superior Court (Ct. Rec. 9) is **GRANTED.**

2. This cause is remanded to the Grant County Superior Court for the purpose of enforcement of any of the Orders of the Grant County Superior Court issued prior to the removal of the cause to the United States District Court relative to Brian Chase. The Grant County Superior Court shall hear Plaintiff's Motion for Contempt as to Brian Chase.

///
///
///

**ORDER OF REMAND TO GRANT COUNTY SUPERIOR COURT** * 1

1    **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2 Order and forward copies to counsel.
3    **DATED** this 16th day of April, 2010.

                 *s/Robert H. Whaley*
                 ROBERT H. WHALEY
                 United States District Judge

Q:\CIVIL\2009\Doyle\remand.ord.wpd

**ORDER OF REMAND TO GRANT COUNTY SUPERIOR COURT** * 2